**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Fernando GONZALEZ–PEREZ,**
**Defendant—Appellant.**

No. 04–10091.
D.C. No. CR–98–00898–JMR.

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2004.*

Decided July 16, 2004.

Roger L. Duncan, Christina M. Cabanillas, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ralph Malanga, Malanga Law Office, Bisbee, AZ, for Defendant–Appellant.

Before HAWKINS, THOMAS, and BYBEE, Circuit Judges.

MEMORANDUM **

Fernando Gonzalez–Perez appeals the district court's revocation of supervised release and imposition of a 15–month term of imprisonment, upon his admitted violation of a condition of supervised release. He was originally convicted of possession with intent to distribute cocaine in violation of 21 U.S.C. § 841. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gonzalez–Perez has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been timely filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.